# United States Bankruptcy Court
## Middle District of Pennsylvania

In re:
A Patricia Clary-Hunter
       Debtor

Case No. 17-04306-JJT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: MMchugh      Page 1 of 1      Date Rcvd: Oct 31, 2017
                       Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db             +A Patricia Clary-Hunter,    250 Kilmer Road,    Spring Brook Township, PA 18444-6308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
         James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A. et. al. bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                   TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **A Patricia Clary-Hunter**<br>**aka Patricia A Hunter**<br>**aka Patricia Ann Clary-Hunter** | **Chapter:**      **13** |
| **Debtor(s)** | **Case No.:**      **5:17-bk-04306-JJT** |
| | **Document No.:**      **6** |

## ORDER DISMISSING CASE

IT IS ORDERED that the above-named case is hereby dismissed for debtor(s) failure to comply with Order dated October 16, 2017 ( Order directing Submission of Social Security Number).

Dated: October 31, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)